**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FUJIFILM Corporation**, *et al.*<br>   7-3 Akasaka 9-chome, Minato-ku,<br>   Tokyo 107-0052, Japan,<br><br>                     **Complainants,**<br><br>   **v.**<br><br>**Sony Corporation**, *et al.*<br>   1-7-1 Konan, Minato-ku<br>   Tokyo 108-0075, Japan,<br><br>                     **Respondents.** | **Misc. Action No. 18-mc-_____**<br><br>**(On Application from U.S. International<br>Trade Commission Investigation No.<br>337-TA-1012 (Enforcement Proceeding))** |

**UNOPPOSED APPLICATION FOR THE ISSUANCE OF
A DEPOSITION ORDER / COMMISSION
UPON RECOMMENDATION OF THE U.S. INTERNATIONAL TRADE COMMISSION**

FUJIFILM Corporation and FUJIFILM Recording Media U.S.A., Inc. (collectively, "FUJIFILM"), the complainants in the above-captioned United States International Trade Commission ("U.S.I.T.C.") Investigation, hereby apply, unopposed, for the issuance of an Order/Commission on behalf of both FUJIFILM to obtain deposition testimony from employees of Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Storage Media Solutions Corporation, Sony Storage Media Manufacturing Corporation, Sony DADC US Inc., and Sony Latin America Inc. (collectively, "Sony"), the respondents in the above-captioned U.S.I.T.C. Investigation in Osaka, Japan.  A Proposed Order is attached.

FUJIFILM moved the Honorable David P. Shaw, the Administrative Law Judge ("ALJ") in the above-captioned U.S.I.T.C. Investigation, to issue an order recommending that this Court issue the requested Deposition Order/Commission for the Taking of Depositions in Japan, requiring depositions of the stated individuals at the United States Consulate in Osaka, Japan.  A copy of FUJIFILM's Unopposed Motion for Recommendation to the District Court for the

District of Columbia to Issue an Order / Commission for the Taking of Depositions in Osaka, Japan ("Motion") is attached as Exhibit I.  ALJ Shaw granted the Motion in Order No. 38.  A signed copy of Order No. 38 is attached as Exhibit II.

The requested Order/Commission permits any consul or vice consul of the United States to take and transcribe the requested depositions in the United States Consulate in Osaka, Japan, and is necessary because the government of Japan strictly interprets Article 17 of the U.S. - Japan Consular Convention (*see* Consular Convention & Protocol, T.I.A.S. No. 5602, Art. 17(1)(e)(ii)-(iii) (Aug. 1, 1964)) as requiring a commission to be issued by a court in the United States.  *See also* Fed. R. Civ. P. 28(b)(2).  This Court has the authority to issue the requested Order/Commission pursuant to the All Writs Act, 28 U.S.C. § 1651.  *See also In the Matter of Certain Magnetic Data Storage Tapes and Cartridge Containing the Same*, Misc. Action No. 1:16-mc-01887 (D.D.C. Sept. 7, 2016); *In the Matter of Certain Magnetic Data Storage Tapes and Cartridge Containing the Same*, Misc. Action No. 1:16-mc-91272-FDS (D. Mass. Sept. 15, 2016).

FUJIFILM respectfully requests that this Court issue an Order/Commission on an expedited basis, in substantially the form of the enclosed Proposed Order.  The urgency for the requested Order/Commission is necessitated by the deadlines within which the U.S. Consulate in Japan requires receipt of same, as well as the time frame within which international travel visas need to be applied for and secured.

Dated: July 20, 2018

Respectfully submitted,

Thomas C. Martin (D.C. Bar No. 986,325)
Lisa M. Kattan
Katharine Burke
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

Robert C. Scheinfeld
Robert L. Maier
Jennifer C. Tempesta
Eric Faragi
Jessica W. Lin
Frank Zhu
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2500
Fax: (212) 408-2501

Syed Fareed
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Fax: (512) 322-2501

*Attorneys for Complainants*
*FUJIFILM Corporation and FUJIFILM*
*Recording Media U.S.A., Inc.*

# EXHIBIT I

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before the Honorable David P. Shaw**
**Administrative Law Judge**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME** | **Investigation No. 337-TA-1012**<br>**(Enforcement Proceeding)** |

**UNOPPOSED MOTION FOR RECOMMENDATION TO THE DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER / COMMISSION**
**FOR THE TAKING OF DEPOSITIONS IN OSAKA, JAPAN**

Pursuant to 19 C.F.R. §§ 210.26 and 210.28, Complainants FUJIFILM Corporation and

FUJIFILM Recording Media U.S.A., Inc. (collectively "Fujifilm" or "Complainants") move for

the Administrative Law Judge to issue the attached Recommendation (Attachment A), that the

District Court for the District of Columbia issue an Order / Commission on behalf of Fujifilm to

obtain deposition testimony from current employees of Respondents Sony Corporation, Sony

Corporation of America, Sony Electronics Inc., Sony Storage Media Solutions Corporation, Sony

Storage Media Manufacturing Corporation, Sony DADC US Inc., and Sony Latin America Inc.

(collectively "Sony" or "Respondents").   Sony and the Staff have indicated they do not oppose

this motion.

The Osaka depositions are scheduled to begin on or about August 27, 2018, at the U.S.

Consulate in Osaka, Japan and are scheduled to take place until on or about September 11, 2018.

Fujifilm requests assistance in obtaining deposition testimony from:

> Seisuke Goto
> Atsushi Kato
> Eiji Nakashio
> Atsushi Yamaguchi

This deposition testimony is relevant to this case and unobtainable absent an order from a district court that the depositions take place at a U.S. Embassy or Consulate in Japan.  In the past, the International Trade Commission has issued such requests for judicial assistance based on similar requests by the same Parties.  *See In the Matter of Certain Magnetic Data Storage Tapes and Cartridges Containing the Same*, Inv. No. 337-TA-1012, Order Nos. 13 and 14 (Sept, 13, 2016).

Fujifilm respectfully requests that this motion for the attached Recommendation be granted.  A proposed Recommendation is attached as Attachment A, and a proposed Order is attached as Attachment B.  In light of the difficulty in obtaining embassy/consulate space for depositions during the limited discovery period of this investigation, Fujifilm further respectfully request prompt resolution of this motion.

Date: July 18, 2018                              Respectfully submitted,

*/s/ Robert C. Scheinfeld*
Robert C. Scheinfeld
Robert L. Maier
Jennifer C. Tempesta
Eric J. Faragi
Jessica W. Lin
Frank Zhu
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112
Phone: (212) 408 2500
Fax: (212) 408 2501

Lisa M. Kattan
Thomas C. Martin
Katharine Burke
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

Syed Fareed
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX  78701-4078
Phone: (512) 322-2500
Fax: (512) 322-2501

*Attorneys for Complainants*
*FUJIFILM Corporation and*
*FUJIFILM Recording Media U.S.A., Inc.*

# ATTACHMENT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.**

**Before the Honorable David P. Shaw
Administrative Law Judge**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME** | **Investigation No. 337-TA-1012 (Enforcement Proceeding)** |

**RECOMMENDATION TO THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA TO ISSUE AN
ORDER / COMMISSION FOR THE TAKING OF DEPOSITIONS IN OSAKA, JAPAN**

On July 18, 2018, Complainants FUJIFILM Corporation and FUJIFILM Recording Media U.S.A., Inc. (collectively "Fujifilm" or "Complainants") filed with the United States International Trade Commission an application for a recommendation to the District Court for the District of Columbia to issue an Order / Commission requiring depositions of current and former employees of Respondents Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Storage Media Solutions Corporation, Sony Storage Media Manufacturing Corporation, Sony DADC US Inc., and Sony Latin America Inc. (collectively "Sony" or "Respondents").

Fujifilm requests assistance in obtaining deposition testimony from:

> Seisuke Goto
> Atsushi Kato
> Eiji Nakashio
> Atsushi Yamaguchi

each of Respondents Sony, to be taken in Osaka, Japan, on or about August 27, 2018, and continuing through September 11, 2018, in response to a Notice of Deposition.

It is requested that the District Court grant the motion for an Order / Commission to obtain the above depositions in connection with discovery of the above-identified Investigation at the

U.S. International Trade Commission.  It is also recommended to the District Court that an Order / Commission of the scope requested by Fujifilm be granted.

A proposed Deposition Order / Commission is attached hereto as Exhibit 1.

Dated:

_____
Honorable David P. Shaw
Administrative Law Judge
United States International Trade
Commission 500 F. Street, N.W.
Washington, DC  20436

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of** | Misc. Civ. No. 17- |
| **CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME (Enforcement)** | **ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN** |

## DEPOSITION ORDER / COMMISSION

TO:   Any Consul or Vice Consul of the United States of America
Chief, American Citizen Services Unit
U.S. Consulate General Osaka-Kobe
11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan

Upon Motion by Complainants FUJIFILM Corporation and FUJIFILM Recording Media

U.S.A., Inc. (collectively "Fujifilm" or "Complainants"), and pursuant to Article 17 of the United

States-Japan Consular Convention, it is hereby

**ORDERED** that the depositions on notice of the following individuals be taken at the

U.S. Consulate in Osaka, Japan, commencing on or about August 27, 2018, and continuing until

on or about September 11, 2018, and that the marking of any documentary exhibits in connection

therewith be permitted:

Seisuke Goto
Atsushi Kato
Eiji Nakashio
Atsushi Yamaguchi

Listed below are the names of counsel who may participate in these depositions, together

with other persons who may attend or assist with these depositions.

### For Complainant Fujifilm

Robert C. Scheinfeld (counsel)
Robert L. Maier (counsel)
Jennifer C. Tempesta (counsel)
Lisa Kattan (counsel)

Syed K. Fareed (counsel)
Thomas Martin (counsel)
Eric J. Faragi (counsel)
Jessica Weili Lin (counsel)
Frank Zhu (counsel)
Katharine Burke (counsel)
Bruce Holcombe (interpreter)
Teresa Sumiyoshi (interpreter)
Yutaka Araki (interpreter)
Lisa Feissner (court reporter)
Leslie Anne Todd (court reporter)
Renee Michele Kelch (court reporter)
Lisa Ann Knight (court reporter)
Susan Dena Wasilewski (court reporter)
Michelle Lynne Michaud (court reporter)
Giselle Marsha Mitchell (court reporter)
Anne Marie Torreano (court reporter)
Charlotte Lacey (court reporter)
Jason Thomas Meadors III (court reporter)
Thomas Kinsey Feissner (videographer)
Ralna Ramse (videographer)
Luis Alejandro Lopez (videographer)
Kevin Wayne Cranford Jr. (videographer)
Anthony James Vorndran (videographer)
Debby Elaine Cavazos (videographer)
Nathan James LeMaster (videographer)
Christie Jeon (videographer)
Joseph Donahoe (videographer)

**For Complainant Sony**

Gregory F. Corbett (counsel)
Randy J. Pritzker (counsel)
Charles T. Steenburg (counsel)
Hunter D. Keeton (counsel)
Chelsea A. Loughran (counsel)
Jason W. Balich (counsel)
Elizabeth A. DiMarco (counsel)
Claire E. Schuster (counsel)
Elizabeth A. Hudson (counsel)
Elica Funatsu (interpreter)
Ai Miyake (interpreter)
Toyu Yazaki (interpreter)
Satomi Nishimuro (interpreter)
Junko Salmon (interpreter)
Asami Isomichi (interpreter)

Takuya Fukuoka (observer)
Koichi Kishida (observer)
Shun Sakata (observer)
Yusuke Houji (observer)
Tetsuhiro Shiomi (observer)
Yoshimi Kurata (observer)
Kakutaro Koyama (observer)
Akira Kumagai (observer)
Mino Tanaka (observer)
Motoyuki Koike (observer)

**For U.S. International Trade Commission OUII Staff**

Whitney Winston (staff attorney)

The depositions will be reported, videotaped, and/or interpreted by Planet Depos –

American Realtime Court Reporters.

Please cause the testimony of said witness to be recorded by video and reduced to writing;

the deposition to be signed by said witness; said deposition testimony to be annexed to your

Commission and closed under your seal; and make return of these materials to this Court with all

convenient speed.

**WITNESS**, The Honorable _____, United States District Judge of

the United States District Court for the District of Columbia, this _____ day of

_____, 2018.

_____
United States District Judge
District of Columbia


I hereby certify that the signature above is that of the Honorable_____,

United States District Judge of the United States District Court for the District of Columbia.


_____Clerk of the Court

_____Date

Deputy Clerk:  _____

Seal:

# ATTACHMENT B

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before the Honorable David P. Shaw**
**Administrative Law Judge**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME** | **Investigation No. 337-TA-1012**<br>**(Enforcement Proceeding)** |

**[PROPOSED] ORDER NO. __:  GRANTING**
**MOTION FOR RECOMMENDATION TO THE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA TO ISSUE A DEPOSITION**
**ORDER / COMMISSION FOR THE TAKING OF DEPOSITION IN OSAKA, JAPAN**

On July 18, 2018, Complainants FUJIFILM Corporation and FUJIFILM Recording Media U.S.A., Inc. (collectively "Fujifilm" or "Complainants") filed a motion seeking issuance of the attached Recommendation that the District Court of the District of Columbia issue an Order / Commission on behalf of Fujifilm to obtain deposition testimony from employees of Sony.

The motion is hereby GRANTED.  The recommendation is attached to this order.

SO ORDERED:

_____
Honorable David P. Shaw
Administrative Law Judge

Dated: _____



## Notice of Receipt of Electronic Documents
## Copies Submission Form

This message acknowledges receipt by the US. International Trade Commission of the document described by the following data.  This receipt does not indicate acceptance or rejection of the document.  You will receive notification of acceptance or rejection by USITC after your submission has been reviewed by the Office of the Secretary to the Commission.  Please print this page for your records.

| Document Filing Information | SOURCE TYPE: Electronic Submission |
|---|---|

| | |
|---|---|
| Document Number | 650604 |
| Security Level | Public |
| Official Receive Date | 07/18/2018 11:27 AM |
| System Receive Date | 07/18/2018 11:27 AM |
| Document Type | Motion |
| Document Title | Unopposed Motion for Recommendation to the District Court for the District of Columbia to Issue an Order/Commission for the Taking of Depositions in Osaka, Japan |
| Document Date | 07/18/2018 |
| Sec 337 Processing Detail | 337-1012 Enforcement |
| OSE Alert Flag ☐    Party Served ☑ | |

| Paper Copies Required | |
|---|---|
| Copies Required | 2 |
| Delivery Requirement | 12 noon ET, next business day |

| Investigation Information | Investigation Number: 337-1012 |
|---|---|
| Investigation Phase | Enforcement |
| Investigation Type | Sec 337 |
| Investigation Title | Certain Magnetic Data Storage Tapes and Cartridges Containing the Same; Inv. No. 337-TA-1012 |

| Submitter Information | |
|---|---|
| Filed By | Robert C. Scheinfeld |
| Firm / Organization | Baker Botts L.L.P. |
| Filed On Behalf Of | FUJIFILM Corporation and FUJIFILM Recording Media U.S.A., Inc. |
| Submitted By | rcscheinfeld2512 |

**Attachments**

| File Id | # | File Name | Title | Size |
|---|---|---|---|---|
| 1308013 | 1 | 2018.07.18 Motion for Depos in JP.pdf | Unopposed Motion for Recommendation to the District Court for the District of Columbia to Issue an Order/Commission for the Taking of Depositions in Osaka, Japan | 127.3 KB |

**Do you have a question for the EDIS Help Desk?   Please call 202-205-EDIS (3347) or to email your question click Contact Us.**

**500 E Street, SW, Washington, DC 20436 :: Phone 202.205.2000 :: TDD 202.205.1810**

USA.gov
Government Made Easy

privacy policy :: accessibility policy :: equal employment opportunity :: freedom of information act :: ethics :: acrobat reader

# EXHIBIT II

## UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C.

**In the Matter of**

**CERTAIN MAGNETIC DATA
STORAGE TAPES AND CARTRIDGES
CONTAINING THE SAME**

**Inv. No. 337-TA-1012
(Enforcement Proceeding)**

### Order No. 38

On July 18, 2018, complainants FUJIFILM Corporation and FUJIFILM Recording Media

U.S.A., Inc. (collectively, "Fujifilm") filed an unopposed motion seeking a recommendation to

the United States District Court for the District of Columbia issue an order/commission on behalf

of Fujifilm to obtain deposition testimony from current employees of the Sony respondents.[1]

Motion Docket No. 1012-045.  Specifically, Fujifilm seeks to obtain deposition testimony from:

- Seisuke Goto,

- Atsushi Kato,

- Eiji Nakashio, and

- Atsushi Yamaguchi.

Mot. at 2.  Fujifilm argues that the deposition testimony it seeks "is relevant to this case and

unobtainable absent an order from a district court that the depositions take place at a U.S.

Embassy or Consulate in Japan." *Id.*  Fujifilm intends to conduct the depositions between

August 27 and September 7, 2018, at the U.S. Consulate in Osaka, Japan. *Id.* at 1.

---

[1] The "Sony" respondents are Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Storage Media Solutions Corporation, Sony Storage Media Manufacturing Corporation, Sony DADC US Inc., and Sony Latin America Inc.

Motion No. 1012-045 is granted.

Accordingly, it is respectfully recommended that the District Court issue an order/commission on behalf of Fujifilm, as described above.


David P. Shaw
Administrative Law Judge

Issued:  July 19, 2018

**CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME**

INV. NO. 337-TA-1012
(Enforcement Proceeding)

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **Order No. 38** has been served by hand upon the Commission Investigative Attorney, **Whitney Winston, Esq.**, and the following parties as indicated, on _____ JUL 2 0 2018 _____.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street SW, Room 112A
Washington, DC 20436

| FOR COMPLAINANTS FUJIFILM CORPORATION AND FUJIFILM RECORDING MEDIA U.S.A., INC.: | |
|---|---|
| Lisa M. Kattan<br>**BAKER BOTTS L.L.P.**<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2400 | ( ) Via Hand Delivery<br>( ) Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| FOR RESPONDENTS SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC;, SONY STORAGE MEDIA SOLUTIONS CORPORATION; SONY STORAGE MEDIA MANUFACTURING CORPORATION; SONY DADC US INC.; AND SONY LATIN AMERICA INC.: | |
| James B. Altman, Esq.<br>**FOSTER, MURPHY, ALTMAN & NICKEL, PC**<br>1150 18th Street, N.W., Suite 775<br>Washington, D.C. 20036 | ( ) Via Hand Delivery<br>( ) Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |

## **CERTIFICATE OF SERVICE**

I certify that I am causing this document to be filed by hand on July 20, 2018.  I further certify that I am causing to be served a copy of this document via email to counsel for the other parties in the above-captioned United States International Trade Commission Investigation, per the agreement of counsel.

Thomas C. Martin

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of** | **Misc. Civ. No. 17-** |
| **CERTAIN MAGNETIC DATA STORAGE TAPES AND CARTRIDGES CONTAINING THE SAME (Enforcement)** | **ORDER TO TAKE DEPOSITIONS IN OSAKA, JAPAN** |

## DEPOSITION ORDER / COMMISSION

TO:     Any Consul or Vice Consul of the United States of America
           Chief, American Citizen Services Unit
           U.S. Consulate General Osaka-Kobe
           11-5 Nishitenma 2 chome, Kita-ku, Osaka 530-8543 Japan

Upon Motion by Complainants FUJIFILM Corporation and FUJIFILM Recording Media

U.S.A., Inc. (collectively "Fujifilm" or "Complainants"), and pursuant to Article 17 of the United

States-Japan Consular Convention, it is hereby

**ORDERED** that the depositions on notice of the following individuals be taken at the

U.S. Consulate in Osaka, Japan, commencing on or about August 27, 2018, and continuing until

on or about September 11, 2018, and that the marking of any documentary exhibits in connection

therewith be permitted:

Seisuke Goto
Atsushi Kato
Eiji Nakashio
Atsushi Yamaguchi

Listed below are the names of counsel who may participate in these depositions, together

with other persons who may attend or assist with these depositions.

**For Complainant Fujifilm**

Robert C. Scheinfeld (counsel)
Robert L. Maier (counsel)
Jennifer C. Tempesta (counsel)
Lisa Kattan (counsel)

Syed K. Fareed (counsel)
Thomas Martin (counsel)
Eric J. Faragi (counsel)
Jessica Weili Lin (counsel)
Frank Zhu (counsel)
Katharine Burke (counsel)
Bruce Holcombe (interpreter)
Teresa Sumiyoshi (interpreter)
Yutaka Araki (interpreter)
Lisa Feissner (court reporter)
Leslie Anne Todd (court reporter)
Renee Michele Kelch (court reporter)
Lisa Ann Knight (court reporter)
Susan Dena Wasilewski (court reporter)
Michelle Lynne Michaud (court reporter)
Giselle Marsha Mitchell (court reporter)
Anne Marie Torreano (court reporter)
Charlotte Lacey (court reporter)
Jason Thomas Meadors III (court reporter)
Thomas Kinsey Feissner (videographer)
Ralna Ramse (videographer)
Luis Alejandro Lopez (videographer)
Kevin Wayne Cranford Jr. (videographer)
Anthony James Vorndran (videographer)
Debby Elaine Cavazos (videographer)
Nathan James LeMaster (videographer)
Christie Jeon (videographer)
Joseph Donahoe (videographer)

**For Complainant Sony**

Gregory F. Corbett (counsel)
Randy J. Pritzker (counsel)
Charles T. Steenburg (counsel)
Hunter D. Keeton (counsel)
Chelsea A. Loughran (counsel)
Jason W. Balich (counsel)
Elizabeth A. DiMarco (counsel)
Claire E. Schuster (counsel)
Elizabeth A. Hudson (counsel)
Elica Funatsu (interpreter)
Ai Miyake (interpreter)
Toyu Yazaki (interpreter)
Satomi Nishimuro (interpreter)
Junko Salmon (interpreter)
Asami Isomichi (interpreter)

Takuya Fukuoka (observer)
Koichi Kishida (observer)
Shun Sakata (observer)
Yusuke Houji (observer)
Tetsuhiro Shiomi (observer)
Yoshimi Kurata (observer)
Kakutaro Koyama (observer)
Akira Kumagai (observer)
Mino Tanaka (observer)
Motoyuki Koike (observer)

**For U.S. International Trade Commission OUII Staff**

Whitney Winston (staff attorney)

The depositions will be reported, videotaped, and/or interpreted by Planet Depos –

American Realtime Court Reporters.

Please cause the testimony of said witness to be recorded by video and reduced to writing;

the deposition to be signed by said witness; said deposition testimony to be annexed to your

Commission and closed under your seal; and make return of these materials to this Court with all

convenient speed.

**WITNESS**, The Honorable _____, United States District Judge of

the United States District Court for the District of Columbia, this _____ day of

_____, 2018.

_____
United States District Judge
District of Columbia


I hereby certify that the signature above is that of the Honorable_____,

United States District Judge of the United States District Court for the District of Columbia.


_____Clerk of the Court

_____Date

Deputy Clerk:  _____

Seal: